J. Basile

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

DEC 2 3 2013

David J. Bradley, Clerk of Court

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Denise O'Neal | ) Case No. It 13 - 1238m |
| a.k.a. Teddy Bear Paradise | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____11/29/2013_____ in the county of _____Harris_____ in the

___Southern___ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 871(a) | Threats against the President |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Marek, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **December 23, 2013**

_____
*Judge's signature*

City and state:          Houston, Texas

Frances H. Stacy, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mark F. Marek, Special Agent, United States Secret Service, Houston, Texas, being duly sworn, depose and state the following:

1.      I am a Special Agent of the United States Secret Service and have been so employed for twenty four years. I am currently assigned to the Houston Field Office, Houston, Texas. In this capacity, I have received extensive training and have experience in conducting investigations related to individuals or groups posing a threat to the President of the United States and other protectees of the United States Secret Service.

2.      I respectfully submit this affidavit in support of a Criminal Complaint against Denise O'NEAL a.k.a. Teddy Bear PARADISE for violations of Title 18 United States Code, Section 871 (Threats against President and successors to the Presidency).

3.      Title 18, United States Code, Section 871(a) provides that "Whoever knowingly and willfully makes deposits for conveyance in the mail or for delivery from any post office or by any letter carrier any letter, paper, writing, print, missive, or document containing any threat to take the life of, to kidnap, or to inflict, bodily harm upon the President of the United States, the President-elect, the Vice President or other officer next in the order of succession to the office of President of the United States, or the Vice President-elect , or knowingly and willfully otherwise makes any such threat" shall be punished by a fine or imprisoned not more than five years, or both.

4.      On or about November 28, 2013, Denise O'NEAL a.k.a. Teddy Bear PARADISE, authored a hand written letter and mailed it to President of the United States Barack Obama

stating she was coming to Washington D.C. to murder him.  The letter was postmarked

November 29, 2013 and is attached to this affidavit.

5.    On December 19, 2013, the United States Secret Service, Houston Field Office

was advised of O'NEALS a.k.a PARADISES threat toward President Obama.  Special Agent

Alberto Trevino and I located and interviewed the subject at ████████████████

████████████████████████████████ regarding the threatening statement of

traveling to Washington, D.C. to murder the President.  When I asked O'NEAL aka PARADISE

if she intended to do what she stated in the letter? ONEAL aka PARADISE stated "yes."

6.    On December 19, 2013 I contacted the Houston Police Department Crisis

Intervention Response Team (CIRT) to respond to our location to evaluate O'NEAL aka

PARADISE as possibly being a danger to herself and others. The CIRT found that ONEAL a.k.a.

PARADISE was a danger to herself and others, and transported to Ben Taub Hospital for

treatment.

7.    Based upon the forgoing facts, there is probable cause to believe that Denise

O'NEAL a.k.a Teddy Bear PARADISE did knowingly and willfully threaten to take the life of

the President of the United States, in violation of Title 18, United States Code, Section 871.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____

MARK F. MAREK
SPECIAL AGENT
UNITED STATES SECRET SERVICE

Sworn to before me this_____23_____ Day of December 2013

_____

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF TEXAS

3

(1)

PRO HIT & ASSESSMENT DIV

2013 DEC 16  PM 4: 36

8:20 PM
Central Time
Houston, Texas



Dear President Shit And Garbage,

AKA President Barack O'Bama,

My name is Teddy Bear Paradise.
My social security number is ░

My DOB is ████████

I am a female homosexual,

a lesbian. I am not bisexual.
I am not heterosexual.

I am coming to Washington, D.C.
to murder you.

All I wanted to do was
rent a home for myself. (over)

②

First, Social Security

Administration Headquarters in Baltimore, Maryland did not want me to have one penny to live on after God told them I am permanently physically and mentally disabled. So God gave me SSI benefits SSA was supposed to give me. Now SSA is enraged at God and SSA is trying to terminate the SSI God gave me. Then landlords all over the U.S.A 50 states refuse to rent to me for reasons of their own. Most demand that I move in for a roof over my head with one of their present tenants who is planning to rape me, who murdered me with the Aids disease and who are planning to murder my wife. Some landlords in my home town, Durham, N.C. are demanding

③

that I move to New York City to work in Hollywood. All landlords are demanding that I lie to the Social Security Administration about my life, pocket my SSI money, let rapists support me in exchange for doing leather bottom for rapists for the roof over my head. The landlords are demanding the rapists agree to this also but almost all my rapists, both male and female are married with spouses and have no where for me to live and they rape me, then throw me on the street in the bushes with no money for even food in 25° weather.

I do absolutely nothing to make men believe I want a man. I am very open and honest with men that I am a lesbian and that I despise men. I ain't got no man and I don't want no man. This enrages men to try to rape me murder me and murder my wife.

(over)



Men refuse to leave me alone. Just like lesbians trying to rape me, men know they gave me the Aids disease which is murder, they all know they put my Leukemia in

critical coma, vegetable stage where I am so sick sometimes I need a catheter to ~~us~~ use the toilet because I cannot get out of bed. They also make my osteoarthritis in my knees and my eyesight critical at times. My rapists are demanding of

God for ~~God~~ to give them my wife to murder. Only God knows where my wife is. I do not. And it's no one's business who my wife is. I love one woman I want to legally marry. She and I cannot be together because the world wants to murder my wife. The world wants to murder

⬛



my wife because they are scared God will murder them and send them to Hell if my wife and I get together including police everywhere. Police and other people tried to frame me for crimes to force me to prison to be with an inmate they all know I don't want to be with and the inmate does not want to be with me. Then police, others, landlords, and Social Security Administration ~~Related Laws~~

in Asheville, N.C. tried to force me to a mental hospital to keep me hostage for reasons I don't deserve.

Employees both male and female at jails, prisons or ~~mental~~ psychiatric hospital wards are also always trying to rape me, murder me and murder my wife.        (over)

6) Bad people want to keep me from anyone I love.

Hospitals, doctors and medical personnel in U.S.A. including paramedics refuse me medical care.

I am refused narcotics for unbearable physical pain. I am refused walking canes, walkers, wheelchairs when I really need them. However doctors and hospitals illegally force drugs and medical treatments such as anti-biotics and other treatments on me, drugs and treatments and vaccinations, tests etc. that are useless and ineffective that my

⑧

was arrested in January 2009 to go to prison to protect me ~~from~~ from my former U.S. Probation Officer in Durham, N.C. named Karen Tremblay after I violated U.S. Probation twice, once in 2005, again in 2007, to get away ~~from~~ Karen and her supervisor Desdemona Faison.

Now instantly in 2013 me ~~set~~ free, Karen is still trying to rape me, murder me, murder my wife and is stalking me as always. She tried to frame my wife ~~for~~ child porn on the internet God blocked. Karen is a habitual monster. She gets men to



(9)

rape women, murder people, burn down motels, hotels, apartments and any other heinous crime Karen is excited about organizing stupid men Karen despises and laughs at to do for Karen as Karen jerks her puppets' strings up & down in more telephone scams just like all my female and male rapists do their own ~~the~~ telephone puppets.

God says men are a lot stupider than women. And God must be genius.

I cannot get away from men. God says men stay married to wives so I'll (over)



Know I can have men.
Even rich men in Hollywood
who think they can trick
me to believe they'll let me
have food to eat and clothes to
wear after God says, men
intend to rape me to do

leather bottom for men
while I have no money to
live on and landlords won't
rent to me and men
let their wives have the
money, food, home, car, clothes
and everything else wives need
and want while I get nothing
but raped and thrown back
into the 25° hungry bush
with thugs. Or live at the
homeless shelter with thugs
running from police in shelters
or living on the street.

Psychiatrists torture my
brain with dangerous, evil
drugs. Psychiatrists at Mission



Hospital in Asheville, North Carolina plan to kidnap me and rape me, murder me and murder my wife.

How do I get away from men and get them to leave me alone? How do I get away from Karen Tremblay and get her to leave me alone? How do I get away from all my rapists and their telephone puppets, my employee rapists at jails and prisons, hospitals, drugs that torture my brain, and get these mentally infected criminals to leave

(over)

(12)

my wife and me alone?

Alot of females are bad
but all males are geneticly
bad, nothing but shit, trash
and garbage, rapists, murderers,
any victim, little old women,
little old men, any woman
or man will do, any child
will do, any animal.

President O'Boma, I don't
know why you feel unique
or think you can shock
people. Even Louis Farrakhan
admitted truth. Every
white person in America
knows to ███ be terrified
of Black males. What we
were ignorant about until God

(13)

educated females what God
and animals already knew
is that it wasn't only Black
males. It's 100% all males all

races and colors, ages, sizes
all over the world, even white
males. Females were stupid so
long but God has made us smart. Males can
Rape it and never shock us again.
murder it is

a male's philosophy. Karen
Tremblay born Lassie Top
says she's felt like a male
all her life so that's why
she acts just like one.
Rape it, murder it, steal it,
slander it, frame it. Some of
us females would never let a
man control us like Karen
lets her own dad control her (over)

(14)

Good females prefer controlling males and straight up, get off the top of us females, because we've never wanted to sexually serve nor sexually please any man. Sex with males is only an exchange for money call it marriage or call it prostitution. I've never felt like a man or a boy so I have no idea how to understand why males never need nor desire love from anybody nor

(15)

from spouses or mates of any kind. A male never needs nor desires to sexually please someone it loves. I figure that's because males aren't capable of loving anyone but its self.

And we females wouldn't want a man to have a loving, sexually satisfying relationship anyway, the only thing males crave and need is to rape its victims and sexually control it. Males are nothing but monsters and sissies who prey on the weak and the helpless. (over)

(16)

Why do I have to let people rape me for a roof over my head when God gives me money to pay my own bills? Rape is not a bargain! Every rapist knows this. That's the point of rape!

And to mate with and live with anyone planning to rape me, murder me with Aids and Leukemia, and murder my wife sounds insane. God says no one is insane.

Teddy B. Paradise

The whole world looks of Male shit and smell run by males. Males don't let females in Power because it might look clean.

SWIMMING POOL, FREE CABLE/MOVIES

I am here!



President Barack O'Bama
White House
Pennsylvani
Wash

RECEIVED
US SECRET SERVICE
PRO
2013 DEC 16  PM 4: 36